No. 10,483.

## PEACHER *v.* THE STATE.

SUPREME COURT.—*Criminal Law.—Evidence.*—The Supreme Court will reverse a judgment of conviction in a criminal case when the evidence in the record is totally insufficient to support it.

From the Orange Circuit Court.

*T. B. Buskirk,* for appellant.

*F. T. Hord,* Attorney General, and *H. C. Duncan,* Prosecuting Attorney, for the State.

WOODS, C. J.—The appellant was convicted upon an indictment for open and notorious fornication, under section 21 of the act defining misdemeanors. 2 R. S. 1876, p. 466. We find the evidence in the record totally insufficient to support the conviction.

Judgment reversed, and cause remanded with instructions to grant a new trial.

---

No. 9540.

## VOLTZ *v.* RAWLES ET AL.

From the Fountain Circuit Court.

*J. B. Martin* and *J. W. Copner,* for appellant.

*L. Nebeker,* for appellees.

HOWK, J.—By a written agreement filed, "it is conceded and admitted by the appellant and the appellees that the only question involved in this cause is identical with the question involved in *Voltz* v. *Rawles,*" *ante,* p. 198.

Upon the authority of the case cited, this cause must be decided as that was decided.

The judgment is affirmed, with costs.

---

No. 8276.

## SCHLARB ET AL. *v.* SIMONS.

From the Marshall Circuit Court.

*W. B. Hess* and *J. S. Frazer,* for appellants.

*A. C. Capron* and *C. Richardson,* for appellee.

ELLIOTT, J.—This case is affirmed, upon the authority of *Lovely* v. *Speisshoffer, ante,* p. 454.